# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Dr. James Ragland, Regional Neurological Center, P.C., and Dakota MRI, Inc., )<br><br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Blue Cross Blue Shield of North Dakota, )<br>)<br>Defendant. ) | **ORDER RE ADMISSION PRO HAC VICE**<br><br>Case No. 1:12-cv-080 |

Before the court are motions for attorneys Brian Thomson and David Robert Crosby to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Brian Thomson and David Robert Crosby have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 10 and 11) are **GRANTED**. Attorneys Brian Thomson and David Robert Crosby are admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 5th day of July, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge