IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Dr. James Ragland, Regional Neuroological Center, P.C., and Dakota MRI, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Blue Cross Blue Shield of North Dakota, <br><br> Defendant. | **ORDER SUSPENDING SCHEDULING/ DISCOVERY DEADLINES AND SETTING STATUS CONFERENCE** <br><br> Case No. 1:12-cv-080 |

On June 4, 2013, the court held a telephonic status conference in the above-captioned case. Pursuant to the parties' discussion at the telephone conference, the court **ORDERS** the following:

1. Defendant shall file a motion regarding the issuance of a protective order. Plaintiff shall file its response within ten (10) days of the filing of the motion;

2. The current scheduling/discovery deadlines are suspended until further order of the court; and

3. The court will hold a telephonic status conference to discuss the progress of the case and to address the modification of the scheduling/discovery deadlines on July 19, 2013 at 10:30 a.m. The court will initiate the conference call.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court