**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Dr. James Ragland, ) | |
| Regional Neurological Center, P.C., and ) | |
| Dakota MRI, Inc., ) | **ORDER CANCELING FINAL** |
| ) | **PRETRIAL CONFERENCE AND** |
| Plaintiffs, ) | **TRIAL** |
| ) | |
| vs. ) | |
| ) | Case No. 1:12-cv-080 |
| Blue Cross Blue Shield of North Dakota, ) | |
| ) | |
| Defendant. ) | |

On June 4, 2013, the court issued an order suspending the schedule/discovery deadlines in this action until further notice. Given the present posture of this case along with the fact that discovery has been placed on indefinite hold, the court on its own motion **ORDERS** that the final pretrial conference scheduled for February 25, 2014, and trial scheduled to commence on March 10, 2014, are canceled with the understanding that they shall rescheduled as necessary at a date and time to be determined.

**IT IS SO ORDERED.**

Dated this 10th day of February, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court